**SO ORDERED.**

Dated: October 25, 2010



1 Matthew A. Silverman (018919)
2 Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3 8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
4 (602) 230-8726

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

5 Attorneys for Movant,
6 Wells Fargo Bank, NA, its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage

7

8 UNITED STATES BANKRUPTCY COURT

9 FOR THE DISTRICT OF ARIZONA

10 PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under |
| Ricardo Rodriguez, Josie Rodriguez, | Chapter 7 |
| Debtors. | Case No. 10-27977-RTB |
| Wells Fargo Bank, NA, its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage, | **ORDER TERMINATING AUTOMATIC STAY** |
| Movant, | |
| v. | |
| Ricardo Rodriguez, Josie Rodriguez, Debtors; and Anthony H. Mason, Chapter 7 Trustee, | |
| Respondents. | |

Wells Fargo Bank, NA, its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 8317 South 45th Lane, Laveen, AZ 85339, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE